UST-32, 3-03

DIANE M. MANN
29834 N. CAVE CREEK RD., # 118-274
CAVE CREEK, AZ 85331
(480) 451-3053

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In Re: | ) | CHAPTER 7 |
|---|---|---|
| | ) | |
| MORE, TYLOR DAN | ) | CASE NO. 09-26888-PHX-GBN |
| MORE, MIKELL PEARCE | ) | |
| | ) | APPLICATION FOR ORDER FOR |
| | ) | PAYMENT OF UNCLAIMED FUNDS |
| | ) | U.S. BANKRUPTCY COURT |
| Debtor(s). | ) | |

DIANE M. MANN, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 107 | 10/20/10 | Towne Bank of Arizona<br>c/o Christopher M. McNichol<br>Gust Rosenfeld PLC<br>201 E. Washington St., #800<br>Phoenix, AZ 85004 | $1,529.72 |

The Trustee asks that an order be entered pursuant to §347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $1,529.72 to the Clerk of Court to be deposited in the Registry thereof.

| January 20, 2011 | /s/ |
|---|---|
| DATE | DIANE M. MANN, Trustee |